UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　-vs-<br>PEDRO CABRERA-GUTIERREZ,<br>a/k/a Pedro Jimenez-Hernandez<br>　　　　　　Defendant. | NO.　　CR-08-2029-WFN-1<br><br>ORDER |

Pending before the Court is Defendant's Petition for Writ of Error *Coram Nobis* (ECF No. 99). The Government filed a Response indicating it has no objection to Defendant's Petition. Defense counsel contacted the Court's staff and waived oral argument in light of the Government's non-objection.

The Court has reviewed the file and Petition and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Petition for Writ of Error *Coram Nobis*, filed May 24, 2012, **ECF No. 99**, is **GRANTED**.

2. The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.

3. Defendant's conviction and sentence are **VACATED**.

4. The hearing set for July 9, 2012, on Defendant's Petition is **STRICKEN**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Stephen Krous.

ORDER - 1

1     **DATED** this 31st day of May, 2012.

3                                                    s/ Wm. Fremming Nielsen

4   05-31-12                             WM. FREMMING NIELSEN
                                             SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2